**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Isabel Ovalles                                   BK No. 1:10–bk–14682

Debtor(s)                                               Chapter 13

---

*ORDER MOTION/APPLICATION (doc# 18 ) BY RULE OF COURT*
*Re: Objection to Claim #5 Claimant: Ocwen Loan Servicing LLC*
*filed by Debtor*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a),it is **ORDERED** that the Motion/Application (doc.# 18 ) is hereby SUSTAINED.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **2/9/11**

Entered on Docket: **2/9/11**
Document Number: **23 – 18**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*